# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**GEORGIA ARENDT**,

                        Plaintiff(s),

    v.

                                      TELEPHONE STATUS CONFERENCE

**OWENS-ILLINOIS, INC.**,                         Case No. 13-C-727

                        Defendant(s).

---

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH presiding | Tape: 032715 |
| Deputy Clerk: Cheryl | Hearing Began: 9:01 a.m. |
| Proceeding Held: March 27, 2015 | Hearing Ended: 9:21 a.m. |

**Appearances:**

    **Plaintiff(s):**    Robert McCoy

    **Defendant(s):**    Brian Watson

---

Mr. McCoy informs the court that family member and treating physician discovery needs to be completed and then the parties would be ready to proceed to trial.

Mr. Watson agrees, however, he informs the court that they learned this week that the plaintiff did not disclose a previously filed Brown County case, which potentially could impact this case. The case number is 2009CV2124.

Mr. McCoy states that he can not provide the court any other information on the prior case at this time.

Mr. Watson states he will file a motion regarding the issue.

The court and parties discuss if the matter should be scheduled for trial.

The court review the docket from CCAP for the Brown County case.

The court and parties discuss issue for motion.

The court does not schedule the matter for trial at this time.

The court directs the defendant to file the motion on or before April 10, 2015.