# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

Georgia Arendt, Individually and as
Special Administrator of the Estate of
Anthony Arendt, Deceased,

       Plaintiff,

v.                                 Case No. 1:13-cv-727-WCG

Owens-Illinois, Inc.,

       Defendant.

## OWENS-ILLINOIS, INC.'S
## MOTION TO AMEND THE SCHEDULING ORDER

Owens-Illinois, Inc., pursuant to Federal Rules of Civil Procedure 1, 16, and 37, and the Minute Order of March 27, 2015 (ECF No. 43), requests an amended scheduling order to allow discovery of newly discovered material facts and leave to file any dispositive motions for reconsideration, summary judgment, and any further relief this Court deems just and proper.

Dated: April 10, 2015         Respectfully submitted,

                                By: /s/ Brian O. Watson
                                      Edward Casmere
                                      Brian O. Watson
                                      Schiff Hardin LLP
                                      233 S. Wacker Dr. Suite 6600
                                      Chicago, Illinois 60606
                                      (312) 258-5500
                                      (312) 258-5600 (facsimile)
                                      *Attorneys for Defendant Owens-Illinois, Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies on April 10, 2015, these papers were filed with the Clerk of the Court for the United States District Court for the Western District of Wisconsin using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

/s/ Brian O. Watson
Brian O. Watson

15640-1253
CH2\16412866.1