# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**GEORGIA ARENDT**,

                Plaintiff(s),

    v.

                                      TELEPHONE CONFERENCE

**OWENS-ILLINOIS INC**,                           Case No. 13-C-727

                Defendant(s).

---

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH presiding | Tape: 041715 |
| Deputy Clerk: Amanda | Hearing Began: 9:48 a.m. |
| Proceeding Held: April 17, 2015 | Hearing Ended: 9:58 a.m. |

**Appearances:**

    **Plaintiff(s):**     Daniel Hausman

    **Defendant(s):**     Brian Watson

---

The Court and counsel discuss the dispositive motion deadline. Mr. Watson informed the Court that he will be filing a dispositive motion and requests an extension of fourteen days to file it.

Mr. Hausman requests he be given a period of twenty-one days to file a response to [44] Motion to Amend/Correct Scheduling Order.

The Court and counsel discuss the case and the information contained within the MDL order.

Mr. Watson is to file the dispositive motion on or before May 1. Plaintiff is to file a response within twenty-one days; Plaintiff can address the [44] Motion by discussing whether the issue is waived or by arguing on the merits or by arguing for both.

The motion to modify the scheduling order will be addressed when the Court reviews the dispositive motion, response and reply.