IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

Georgia Arendt, Individually and as
Special Administrator of the Estate of
Anthony Arendt, Deceased,

      Plaintiff,

v.                              Case No. 1:13-cv-727-WCG

Owens-Illinois, Inc.,

      Defendant.

PLAINTIFF'S RESPONSE TO OWENS-ILLINOIS, INC.'S
MOTION TO AMEND THE SCHEDULING ORDER

Plaintiff does not oppose Owens-Illinois, Inc.'s ("OI") Motion to Amend the Scheduling Order filed on April 10, 2015. (Doc # 44.) Plaintiff will file a response in opposition to OI's Motion for Summary Judgment filed on May 1, 2015. (Doc # 49.) The Court set a deadline of May 22, 2015 for the Plaintiff to respond to the dispositive motion. (Doc # 48.)

Dated: May 1, 2015

*/s/ Robert G. McCoy*

Attorney for plaintiff

Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
bmccoy@cvlo.com
ecf.cvlo@gmail.com