# EXHIBIT 1

| Fees for Transcripts | | | |
|---|---|---|---|
| Dates | Description | Exhibit | Amount |
| 3.2.2012 | Anthony Arendt deposition | 2 | $526.55 |
| 3.9.2012 | Anthony Arendt deposition | 3 | $649.45 |
| 3.12.2012 | Anthony Arendt deposition | 4 | $389.90 |
| | | Total: | $1565.90 |

| Fees for Exemplification, Copies, and Postage | | | |
|---|---|---|---|
| Dates | Description | Exhibit | Amount |
| 3.26.2015 | Clerk of Circuit Court in Brown County | 5 | $11.50 |
| Various | Exemplification, copies, and postage | 6 | $37.45 |
| | | Total: | $48.95 |

| Docket Fees Under 28 U.S.C. § 1923 | | | |
|---|---|---|---|
| Dates | Description | Exhibit | Amount |
| 5.1.2015 | Motion for Judgment | | $5.00 |
| 5.1.2015 | Anthony Arendt deposition | | $2.50 |
| | | Total: | $7.50 |

| Other Costs (Fees for Records Collection Under Records Collection Protocol) | | | |
|---|---|---|---|
| Dates | Description | Exhibit | Amount |
| Various | Records collection | 8 | $1665.64 |
| | | Total: | $1665.64 |