# EXHIBIT
# 8

| DATE | AMOUNT OF TIME | COST OF TIME | DESCRIPTION |
|---|---|---|---|
| 12/10/2013 | 0.01 | $0.75 | Anthony Arendt - Review and process medical invoices regarding medical records from Mayo Clinic on Anthony Arendt |
| 12/11/2013 | 0.01 | $0.75 | Anthony Arendt - Review and process medical invoices regarding medical records from Belin Memorial Hospital on Anthony Arendt |
| 12/12/2013 | 0.02 | $0.80 | Anthony Arendt - Upload medical documentation received from provider to include plaintiff name and provider information in furtherance of medical records collection |
| 12/12/2013 | 0.21 | $8.40 | Anthony Arendt - Upload medical documentation received from provider to include plaintiff name and provider information in furtherance of medical records collection |
| 12/13/2013 | 0.45 | $18.00 | Anthony Arendt - Receive and analyze medical and non medical records and update plaintiff spreadsheet with information contained therein and facilitate to team in furtherance of processing new records |
| 12/13/2013 | 0.03 | $1.20 | Anthony Arendt - Receive medical, employment and military records from providers and update plaintiff specific spreadsheet |
| 12/13/2013 | 0.09 | $3.60 | Anthony Arendt - Analyze plaintiff spreadsheet and draft correspondence and records statements to identified medical providers requesting plaintiff's records, in furtherance of medical records collection |
| 12/16/2013 | 0.03 | $1.20 | Anthony Arendt - Analyze received records and update plaintiff's file inventory and update plaintiff file with same |
| 12/16/2013 | 0.12 | $9.00 | Anthony Arendt - Verification and documentation of x-ray films from Bellin Health Systems on Anthony Arendt |

| Date | Hours | Amount | Description |
|---|---|---|---|
| 12/16/2013 | 0.05 | $4.50 | Anthony Arendt - Compile, organize, and prepare medical request correspondence, update plaintiff file with copy of same, and submit to providers and facilities |
| 12/18/2013 | 0.02 | $0.80 | Anthony Arendt - Analyze received records and update plaintiff's file inventory and update plaintiff file with same |
| 12/19/2013 | 0.09 | $3.60 | Anthony Arendt - Draft and send correspondence to plaintiff's counsel notifying same of receipt of plaintiff's medical records, radiology, or pathology pursuant to records collection protocol order |
| 12/19/2013 | 0.03 | $1.20 | Anthony Arendt - Draft correspondence to counsel for participating defendants regarding receipt of medical and nonmedical records for plaintiff, in furtherance of medical records collection joint defense |
| 12/20/2013 | 0.03 | $1.20 | Anthony Arendt - Process medical records, in furtherance of generating CDs of plaintiffs' records collected for shipment to joint medical defense participants |
| 12/27/2013 | 0.1 | $4.72 | Anthony Arendt MEDICAL - Mayo Clinic Obtaining the certified medical records of Anthony Arendt (47.20/10) |
| 12/27/2013 | 0.03 | $1.20 | Anthony Arendt - Receive medical, employment and military records from providers and update plaintiff specific spreadsheet |
| 12/27/2013 | 0.01 | $0.75 | Anthony Arendt - Review and process medical invoices regarding medical records from Bellin Health on Anthony Arendt |
| 12/27/2013 | 0.01 | $0.75 | Anthony Arendt - Review and process medical invoices regarding medical records from Bellin Associates of Bellin Health on Anthony Arendt |
| 12/27/2013 | 0.01 | $0.75 | Anthony Arendt - Review and process medical invoices regarding pathology from Saint Vincent Hospital on Anthony Arendt |

| Date | Hours | Amount | Description |
|---|---|---|---|
| 12/30/2013 | 0.1 | $68.42 | Anthony Arendt MEDICAL - HealthPort Obtaining the records of records of Anthony Arendt from Bellin Memorial Hospital (684.12/10) |
| 12/30/2013 | 0.1 | $11.06 | Anthony Arendt MEDICAL - Bellin Health System Obtaining the records of Anthony J. Arendt (110.55/10) |
| 12/30/2013 | 0.1 | $11.37 | Anthony Arendt MEDICAL - Cardiology Associates of Bellin Health Obtaining the records of Anthony J. Arendt (113.65/10) |
| 12/30/2013 | 0.02 | $0.80 | Anthony Arendt - Upload medical documentation received from provider to include plaintiff name and provider information in furtherance of medical records collection |
| 12/31/2013 | 0.02 | $0.80 | Anthony Arendt - Upload medical documentation received from provider to include plaintiff name and provider information in furtherance of medical records collection |
| 12/31/2013 | 0.03 | $1.20 | Anthony Arendt - Review and manage CVLO litigation database to insure protocols regarding established coding directives, maintain unification of document description to insure correctness of defense information |
| 1/2/2014 | 0.03 | $1.20 | Anthony Arendt - Receive and analyze medical and non medical records and update plaintiff spreadsheet with information contained therein and facilitate to team in furtherance of processing new records |
| 1/3/2014 | 0.01 | $0.40 | Anthony Arendt - Receive and analyze medical and non medical records and update plaintiff spreadsheet with information contained therein and facilitate to team in furtherance of processing new records |
| 1/3/2014 | 0.04 | $1.60 | Anthony Arendt - Analyze received records and update plaintiff's file inventory and update plaintiff file with same |

| | | | |
|---|---|---|---|
| 1/6/2014 | 0.03 | $4.80 | Anthony Arendt - Analyze the court's scheduling order and work with team to confirm whether plaintiff's standard interrogatory responses have been served by plaintiff's counsel according to the scheduling order, in furtherance of identification of plaintiff's providers |
| 1/6/2014 | 0.02 | $3.20 | Anthony Arendt - Ongoing coordination of records collection joint defense and analysis of status of requests for plaintiff's records |
| 1/7/2014 | 0.01 | $0.40 | Anthony Arendt - Analyze non-medical requests to date in furtherance of assessing completion of Social Security records collections |
| 1/7/2014 | 0.04 | $6.40 | Anthony Arendt - Analyze tracking log of plaintiff's records collected in order to monitor records requested and received and evaluate status of collection of plaintiff's records, in furtherance of records collection joint defense |
| 1/9/2014 | 0.12 | $4.80 | Anthony Arendt - Analyze medical requests sent to date and responses thereto in furtherance of ascertaining follow-up requests needed |
| 1/9/2014 | 0.03 | $1.20 | Anthony Arendt - Receive medical, employment and military records from providers and update plaintiff specific spreadsheet |
| 1/10/2014 | 0.03 | $1.20 | Anthony Arendt - Upload medical documentation received from provider to include plaintiff name and provider information in furtherance of medical records collectio |
| 1/13/2014 | 0.13 | $5.20 | Anthony Arendt - Analyze updated records requests sent to medical providers and contact said providers in furtherance of acquistion of most recent medical records for plaintiff |
| 1/13/2014 | 0.35 | $14.00 | Anthony Arendt - Receive and analyze medical and non medical records and update plaintiff spreadsheet with information contained therein and facilitate to team in furtherance of processing new records |

| | | | |
|---|---|---|---|
| 1/13/2014 | 0.03 | $1.20 | Anthony Arendt - Process medical records, in furtherance of generating CDs of plaintiffs' records collected for shipment to joint medical defense participants |
| 1/13/2014 | 0.03 | $1.20 | Anthony Arendt - Draft correspondence to counsel for participating defendants regarding receipt of medical and nonmedical records for plaintiff, in furtherance of medical records collection joint defense |
| 1/14/2014 | 0.02 | $0.80 | Anthony Arendt - Analyze received records and update plaintiff's file inventory and update plaintiff file with same |
| 1/14/2014 | 0.04 | $1.60 | Anthony Arendt - Analyze plaintiff spreadsheet and authorization and draft correspondence and records statements to identified medical providers in furtherance of medical records collection |
| 1/14/2014 | 0.08 | $6.00 | Anthony Arendt - Verfication and documenation of pathology slides and blocks from Saint Vincet Hospital on Anthony Arendert |
| 1/15/2014 | 0.06 | $2.40 | Anthony Arendt - Receive medical, employment and military records from providers and update plaintiff specific spreadsheet |
| 1/15/2014 | 0.01 | $1.60 | Anthony Arendt - Confirm plaintiff's standard discovery responses still not yet received from CVLO and work with defense group in effort to obtain same |
| 1/15/2014 | 0.01 | $0.75 | Anthony Arendt - Review and process medical invoices regarding medical records from Tower Clock Eye Center on Anthony Arendt |
| 1/16/2014 | 0.03 | $1.20 | Anthony Arendt - Analyze submitted requests for plaintiff's medical and nonmedical records to date and responses thereto, in furtherance of ascertaining follow-up requests needed |

| | | | |
|---|---|---|---|
| 1/17/2014 | 0.07 | $2.80 | Anthony Arendt - Receive and analyze medical and non medical records and update plaintiff spreadsheet with information contained therein and facilitate to team in furtherance of processing new records |
| 1/17/2014 | 0.02 | $0.80 | Anthony Arendt - Upload medical documentation received from provider to include plaintiff name and provider information in furtherance of medical records collection |
| 1/21/2014 | 0.03 | $1.20 | Anthony Arendt - Analyze submitted requests for plaintiff's medical and nonmedical records to date and responses thereto, in furtherance of ascertaining follow-up requests needed |
| 1/21/2014 | 0.03 | $1.20 | Anthony Arendt - Analyze received records and update plaintiff's file inventory and update plaintiff file with same |
| 1/21/2014 | 0.05 | $2.00 | Anthony Arendt - Receive medical, employment and military records from providers and update plaintiff specific spreadsheet |
| 1/22/2014 | 0.08 | $3.20 | Anthony Arendt - Receive and analyze medical and non medical records and update plaintiff spreadsheet with information contained therein and facilitate to team in furtherance of processing new records |
| 1/22/2014 | 0.03 | $1.20 | Anthony Arendt - Upload medical documentation received from provider to include plaintiff name and provider information in furtherance of medical records collection |
| 1/22/2014 | 0.01 | $0.75 | Anthony Arendt - Review and process medical invoices regarding medical records from Saint Vincent Hospital on Anthony Arendt |
| 1/22/2014 | 0.03 | $1.20 | Anthony Arendt - Analyze incoming correspondence from the Social Security Administration and update plaintiff file with the contents therein in furtherance of acquisition of plaintiff's earnings records |

| Date | Hours | Amount | Description |
|---|---|---|---|
| 1/23/2014 | 0.03 | $1.20 | Anthony Arendt - Analyze received records and update plaintiff's file inventory and update plaintiff file with same |
| 1/23/2014 | 0.03 | $1.20 | Anthony Arendt - Upload medical documentation received from provider to include plaintiff name and provider information in furtherance of medical records collection |
| 1/27/2014 | 0.08 | $3.20 | Anthony Arendt - Receive and analyze medical and non medical records and update plaintiff spreadsheet with information contained therein and facilitate to team in furtherance of processing new records |
| 1/27/2014 | 0.01 | $0.90 | Anthony Arendt - Compile, organize, and prepare medical request correspondence, update plaintiff file with copy of same, and submit to providers and facilities |
| 1/27/2014 | 0.01 | $0.40 | Anthony Arendt - Analyze plaintiff spreadsheet and authorization and draft correspondence and records statements to identified medical providers in furtherance of medical records collection |
| 1/29/2014 | 0.06 | $2.40 | Anthony Arendt -  Receive medical, employment and military records from providers and update plaintiff specific spreadsheet |
| 1/29/2014 | 0.02 | $0.80 | Anthony Arendt - Analyze received records and update plaintiff's file inventory and update plaintiff file with same |
| 1/29/2014 | 0.03 | $1.20 | Anthony Arendt - Analyze submitted requests for plaintiff's medical and non medical records to date and responses thereto, in furtherance of ascertaining follow-up requests needed |
| 1/29/2014 | 0.01 | $0.75 | Anthony Arendt - Review and process medical invoices regarding medical records from Saint Vincent Hospital on Anthony Arendt |
| 1/31/2014 | 0.05 | $2.00 | Anthony Arendt - Process plaintiffs bankruptcy discovery responses to process to trust named they in |

| | | | |
|---|---|---|---|
| 1/31/2014 | 0.1 | $4.00 | Anthony Arendt - Analysis of authorization and preparation of requests to be sent to bankruptcy trusts in furtherance of acquisition of records |
| 1/31/2014 | 0.04 | $6.60 | Anthony Arendt - Work with CVLO team regarding status of discovery of records and ongoing work with plaintiffs' counsel to identify new providers from records and requests |
| 1/31/2014 | 0.03 | $1.20 | Anthony Arendt - Draft correspondence to counsel for participating defendants regarding receipt of medical and nonmedical records for plaintiff, in furtherance of medical records collection joint defense |
| 1/31/2014 | 0.03 | $1.20 | Anthony Arendt - Process medical records, in furtherance of generating CDs of plaintiffs' records collected for shipment to joint medical defense participants |
| 2/3/2014 | 0.06 | $9.60 | Anthony Arendt - Ongoing coordination of bankruptcy trust records collection joint defense, including confirmation of submission of letters and authorization to various trusts, in preparation of follow up communication to trusts regarding status of same (0.4/6) |
| 2/4/2014 | 0.02 | $3.20 | Anthony Arendt - Work with team regarding insufficient bankruptcy discovery responses received from plaintiff's counsel and orders supporting the position that responses are not full and complete, in furtherance of obtaining complete responsive information from plaintiff regarding trust claims (0.1/6) |
| 2/5/2014 | 0.03 | $1.20 | Anthony Arendt - Process plaintiffs bankruptcy discovery responses to trusts which plaintiff has identified in discovery responses (0.2/6) |

| Date | Hours | Amount | Description |
|---|---|---|---|
| 2/5/2014 | 0.03 | $4.80 | Anthony Arendt - Ongoing coordination of bankruptcy trust records collection joint defense, including confirmation of submission of letters and authorization to various trusts, in preparation of follow up communication to trusts regarding status of same (0.2/6) |
| 2/5/2014 | 0.19 | $30.40 | Anthony Arendt - Work with team and communicate and work with trust administrators and trust counsel regarding requests submitted to bankruptcy trusts for records and claim information pertaining to plaintiff and status of same, in furtherance of collecting plaintiff's bankruptcy trusts records (1.3/6) |
| 2/5/2014 | 0.08 | $12.80 | Anthony Arendt - Conference call with trust counsel paralegal regarding rejection letter received in response to our request due to the trust's authorization policy and work with team as to same (0.5/6) |
| 2/6/2014 | 0.03 | $4.80 | Anthony Arendt - Work with team regarding requests submitted to bankruptcy trusts for records and claim information pertaining to plaintiff and status of same, in furtherance of collecting plaintiff's bankruptcy trusts records (0.2/6) |
| 2/7/2014 | 0.02 | $3.20 | Anthony Arendt - Work with team regarding requests submitted to bankruptcy trusts for records and claim information pertaining to plaintiff and status of same, in furtherance of collecting plaintiff's bankruptcy trusts records (0.1/6) |
| 2/13/2014 | 0.19 | $30.40 | Anthony Arendt - Draft good faith letter to bankruptcy trust counsel regarding our efforts to contact her for discussion of request for plaintiff's trust records and claim information, in furtherance of obtaining same on behalf of joint defense (1.3/6) |

| | | | |
|---|---|---|---|
| 2/17/2014 | 0.02 | $3.20 | Anthony Arendt - Continue to work with team regarding requests submitted to bankruptcy trusts for records and claim information pertaining to plaintiff, in furtherance of collecting plaintiff's bankruptcy trusts records on behalf of joint defense group (0.1/6) |
| 2/18/2014 | 0.03 | $4.80 | Anthony Arendt - Revise and finalize good faith correspondence to counsel for bankruptcy trusts regarding refusal to accept court-approved authorization, in furtherance of bankruptcy records collection joint defense (0.2/6) |
| 2/20/2014 | 0.08 | $13.20 | Anthony Arendt - Work with Sarah Beth Jones on issues related to refusal of several trusts to comply with authorization and order from the court (0.5/6) |
| 2/21/2014 | 0.02 | $3.20 | Anthony Arendt - Read and analyze correspondence from trust counsel for AWI Trust refusing to honor the court-approved authorization and pretrial order and process the request for plaintiff's trust records and claim information (0.1/6) |
| 2/24/2014 | 0.05 | $2.00 | Anthony Arendt - Draft correspondence to counsel for participating defendants regarding receipt of bankruptcy records for plaintiff, in furtherance of bankruptcy records collection joint defense (0.3/6) |
| 2/24/2014 | 0.05 | $2.00 | Anthony Arendt - Process bankruptcy records, in furtherance of generating CDs of plaintiffs' records collected for shipment to joint participants (0.3/6) |
| 2/24/2014 | 0.02 | $3.20 | Anthony Arendt - Analyze plaintiff's records and claim information received from MH Detrick Co. Asbestos Trust and Rutland Fire Clay Co. Asbestos Trust received 2/21/14, in furtherance of confirming responsiveness of same to requests submitted to trusts (0.1/6) |

| Date | Hours | Amount | Description |
|---|---|---|---|
| 2/25/2014 | 0.05 | $8.00 | Anthony Arendt - Ongoing coordination of bankruptcy trust records collection joint defense, including defendant participation in same, authorization issues, and monitoring of status of submitted requests and records received, in furtherance of the collection of plaintiff's records (0.4/6) |
| 2/26/2014 | 0.05 | $2.00 | Anthony Arendt - Review and revise motion to compel in regards to timeline and documentation of bankruptcy trusts and their refusal to produce documents pursuant to the Court's order (0.4/6) |
| 2/28/2014 | 0.04 | $1.60 | Anthony Arendt - Process bankruptcy records, in furtherance of generating CDs of plaintiffs' records collected for shipment to joint medical defense participants (0.3/6) |
| 2/28/2014 | 0.03 | $4.80 | Anthony Arendt - Analyze correspondence received from counsel for Kaiser Aluminum & Chemical Corporation Asbestos Personal Injury Trust regarding submitted request for plaintiff's trust records and claim information (0.2/6) |
| 3/3/2014 | 0.04 | $1.60 | Anthony Arendt - Draft correspondence to counsel for participating defendants regarding receipt of bankruptcy records for plaintiff, in furtherance of bankruptcy records collection joint defense |
| 3/3/2014 | 0.02 | $0.80 | Anthony Arendt - Upload medical documentation received from provider to include plaintiff name and provider information in furtherance of medical records collection |
| 3/3/2014 | 0.02 | $0.80 | Anthony Arendt - Analyze received records and update plaintiff's file inventory and update plaintiff file with same |

| | | | |
|---|---|---|---|
| 3/3/2014 | 0.03 | $1.20 | Anthony Arendt - Receive and analyze medical and non medical records and update plaintiff spreadsheet with information contained therein and facilitate to team in furtherance of processing new records |
| 3/3/2014 | 0.03 | $4.80 | Anthony Arendt - Ongoing coordination of records collection joint defense, including communication with counsel for defendants as to participation in same |
| 3/3/2014 | 0.02 | $3.20 | Anthony Arendt - Communicate with counsel for defendants regarding records received from the Manville Trust and work with team to get records out to participating defendants |
| 3/3/2014 | 0.03 | $4.80 | Anthony Arendt - Ongoing coordination of bankruptcy trust records collection joint defense, including defendant participation in same, authorization issues, and monitoring of status of submitted requests and records received, in furtherance of the collection of plaintiff's records |
| 3/3/2014 | 0.01 | $0.75 | Anthony Arendt- Review and process medical invoices from HME Home Medical regarding medical records on Anthony Arendt |
| 3/3/2014 | 0.01 | $0.75 | Anthony Arendt- Review and process medical invoices from Marshfield Clinic regarding medical records on Anthony Arendt |
| 3/3/2014 | 0.11 | $18.15 | Anthony Arendt - Work with CVLO team on status of collection of records in furtherance of closing discovery |
| 3/4/2014 | 0.02 | $0.80 | Anthony Arendt - Analyze received records and update plaintiff's file inventory and update plaintiff file with same |
| 3/4/2014 | 0.05 | $2.00 | Anthony Arendt - Receive medical, employment and military records from providers and update plaintiff specific spreadsheet |

| | | | |
|---|---|---|---|
| 3/4/2014 | 0.04 | $6.40 | Anthony Arendt - Analyze and monitor status of submitted requests and responses and records received from trusts, in furtherance of ongoing coordination of bankruptcy trust records collection joint defense and the collection of plaintiff's records |
| 3/5/2014 | 0.11 | $6.04 | Anthony Arendt LITIGATION SUPPORT - Claims Resolution Management Corporation (CRMC) Obtaining the bankruptcy trust records pertaining to Anthony Arendt ($54.31/9) |
| 3/5/2014 | 0.2 | $8.00 | Anthony Arendt - Receive and analyze medical and non medical records and update plaintiff spreadsheet with information contained therein and facilitate to team in furtherance of processing new records |
| 3/5/2014 | 0.05 | $3.75 | Anthony Arendt - Verification and documentation of x-ray films from Marshfield Clinic on Anthony Arendt |
| 3/5/2014 | 0.03 | $1.20 | Anthony Arendt - Upload medical documentation received from provider to include plaintiff name and provider information in furtherance of medical records collection |
| 3/6/2014 | 0.04 | $1.60 | Anthony Arendt - Analyze received records and update plaintiff's file inventory and update plaintiff file with same |
| 3/7/2014 | 0.02 | $0.80 | Anthony Arendt - Analyze received records and update plaintiff's file inventory and update plaintiff file with same |
| 3/7/2014 | 0.04 | $1.60 | Anthony Arendt - Analyze plaintiff spreadsheet and authorization and draft correspondence and records statements to medical providers in furtherance of medical records collection |
| 3/7/2014 | 0.01 | $0.90 | Anthony Arendt - Compile, organize, and prepare medical request correspondence, update plaintiff file with copy of same, and submit to providers and facilities |

| | | | |
|---|---|---|---|
| 3/10/2014 | 0.01 | $0.75 | Anthony Arendt - Review and process medical invoices from Orthopedic and Sports Medicine Specialists regarding medical records on Anthony Arendt |
| 3/11/2014 | 0.04 | $1.60 | Anthony Arendt - Receive medical, employment and military records from providers and update plaintiff specific spreadsheet |
| 3/12/2014 | 0.01 | $0.40 | Anthony Arendt - Upload medical documentation received from provider to include plaintiff name and provider information in furtherance of medical records collection |
| 3/12/2014 | 0.04 | $1.60 | Anthony Arendt - Draft and send correspondence to plaintiff's counsel notifying same of receipt of plaintiff's medical records, radiology, or pathology pursuant to records collection protocol order |
| 3/13/2014 | 0.11 | $7.25 | Anthony Arendt LITIGATION SUPPORT - Keating Muething & Klekamp, PLL Obtaining the bankruptcy trust records pertaining to Anthony Arendt (65.25/9) |
| 3/13/2014 | 0.03 | $1.20 | Anthony Arendt - Receive and analyze medical and non medical records and update plaintiff spreadsheet with information contained therein and facilitate to team in furtherance of processing new records |
| 3/13/2014 | 0.03 | $1.20 | Anthony Arendt - Upload medical documentation received from provider to include plaintiff name and provider information in furtherance of medical records collection |
| 3/13/2014 | 0.02 | $0.80 | Anthony Arendt - Analyze submitted requests for plaintiff's medical and non medical records to date and responses thereto, in furtherance of ascertaining follow-up requests needed |
| 3/14/2014 | 0.37 | $14.80 | Anthony Arendt - Receive and analyze medical and non medical records and update plaintiff spreadsheet with information contained therein and facilitate to team in furtherance of processing new records |

| Date | Hours | Amount | Description |
|---|---|---|---|
| 3/14/2014 | 0.02 | $0.80 | Anthony Arendt - Analyze received records and update plaintiff's file inventory and update plaintiff file with same |
| 3/14/2014 | 0.03 | $1.20 | Anthony Arendt - Draft correspondence to counsel for participating defendants regarding receipt of medical and nonmedical records for plaintiff, in furtherance of medical records collection joint defense |
| 3/17/2014 | 0.08 | $0.74 | Anthony Arendt MEDICAL - NEW ENT, SC Obtaining the records of Anthony Arendt (8.86/12) |
| 3/17/2014 | 0.06 | $18.00 | Anthony Arendt - Review motion from Sara Beth Jones regarding bankruptcy discovery |
| 3/17/2014 | 0.02 | $0.80 | Anthony Arendt - Analyze received records and update plaintiff's file inventory and update plaintiff file with same |
| 3/17/2014 | 0.01 | $0.40 | Anthony Arendt - Analyze plaintiff spreadsheet and authorization and draft correspondence and records statements to medical providers in furtherance of medical records collection |
| 3/17/2014 | 0.03 | $1.20 | Anthony Arendt - Process medical records, in furtherance of generating CDs of plaintiffs' records collected for shipment to joint medical defense participants |
| 3/18/2014 | 0.04 | $6.40 | Anthony Arendt - Communicate with trust counsel and work with team to obtain responses to outstanding requests submitted to bankruptcy trusts for records and claim information pertaining to plaintiff, in furtherance of collecting same on behalf of joint defense |
| 3/18/2014 | 0.13 | $5.20 | Anthony Arendt - Analyze Bankruptcy Trust documents in furtherance of ascertaining multiple entries and documents located in CLX database |
| 3/18/2014 | 0.06 | $18.00 | Anthony Arendt - Review motion to compel to AWI |

| Date | Hours | Amount | Description |
|---|---|---|---|
| 3/18/2014 | 0.04 | $1.60 | Anthony Arendt - Receive medical, employment and military records from providers and update plaintiff specific spreadsheet |
| 3/18/2014 | 0.01 | $0.90 | Anthony Arendt - Compile, organize, and prepare medical request correspondence, update plaintiff file with copy of same, and submit to providers and facilities |
| 3/18/2014 | 0.01 | $0.75 | Anthony Arendt - Review and process medical invoices from Saint Mary's Hospital regarding medical records on Anthony Arendt |
| 3/19/2014 | 0.11 | $11.12 | Anthony Arendt LITIGATION SUPPORT - Babcock & Wilcox Company Asbestos Personal Injury Trust Obtaining the bankruptcy trust records pertaining to Anthony Arendt (100.00/9) |
| 3/19/2014 | 0.11 | $11.12 | Anthony Arendt MEDICAL - Owens Corning/Fibreboard Asbestos Personal Injury Trust Obtaining the bankruptcy trust records pertaining to Anthony Arendt (100.00/9) |
| 3/19/2014 | 0.11 | $11.12 | Anthony Arendt LITIGATION SUPPORT - U.S. Gypsum Asbestos Personal Injury Settlement Trust Obtaining the bankruptcy trust records pertaining to Anthony Arendt (100.00/9) |
| 3/19/2014 | 0.08 | $10.59 | Anthony Arendt MEDICAL - HME Home Medical Obtaining the records of Anthony Arendt (126.99/12) |
| 3/19/2014 | 0.08 | $4.59 | Anthony Arendt MEDICAL - Iod Incorporated Obtaining the records of Anthony Arendt from Orthopedic and Sports Medicine Specialists of Green Bay (55.03/12) |
| 3/19/2014 | 0.08 | $1.29 | Anthony Arendt MEDICAL - Marshfield Clinic Obtaining an itemized statement pertaining Anthony Arendt (15.44/12) |
| 3/19/2014 | 0.14 | $23.10 | Anthony Arendt - Read and revise motion to compel bankruptcy records for filing with court |

| Date | Hours | Amount | Description |
|---|---|---|---|
| 3/19/2014 | 0.03 | $1.20 | Anthony Arendt - Receive and analyze medical and non medical records and update plaintiff spreadsheet with information contained therein and facilitate to team in furtherance of processing new records |
| 3/19/2014 | 0.03 | $1.20 | Anthony Arendt - Analyze received records and update plaintiff's file inventory and update plaintiff file with same |
| 3/20/2014 | 0.09 | $3.60 | Anthony Arendt - Analyze bankruptcy documents in furtherance of ascertaining multiple entries and documents located in CLX database |
| 3/20/2014 | 0.12 | $36.00 | Anthony Arendt - Draft and revise motion to compel |
| 3/20/2014 | 0.03 | $1.20 | Anthony Arendt - Analyze submitted requests for plaintiff's medical and non medical records to date and responses thereto, in furtherance of ascertaining follow-up requests needed |
| 3/21/2014 | 0.37 | $61.05 | Anthony Arendt - Bankruptcy records collection - Work with CVLO team on Armstrong World Industries issues and how to proceed with trust discovery and possible motions to compel |
| 3/21/2014 | 0.12 | $4.80 | Anthony Arendt - Analyze Bankruptcy Trust documents in furtherance of ascertaining multiple entries and documents located in CLX database |
| 3/21/2014 | 0.09 | $3.60 | Anthony Arendt - Analyze historical correspondence and records collections in furtherance of preparation of exhibits in support of defendants' motion to compel |
| 3/24/2014 | 0.03 | $4.80 | Anthony Arendt - Communicate with trust counsel to obtain responses to outstanding requests submitted to bankruptcy trusts for records and claim information pertaining to plaintiff, in furtherance of collecting same on behalf of joint defense |

| Date | Hours | Amount | Description |
|---|---|---|---|
| 3/24/2014 | 0.35 | $57.75 | Anthony Arendt - Preparation and finalization of motion to compel bankruptcy trust records including research of past productions to use as evidence of waiving privilege and jurisdictional issues |
| 3/24/2014 | 0.04 | $1.60 | Anthony Arendt - Analyze submitted requests for plaintiff's medical and non medical records to date and responses thereto, in furtherance of ascertaining follow-up requests needed |
| 3/25/2014 | 0.06 | $9.60 | Anthony Arendt - Conference call with counsel for AWI Trust and Mary Margaret Gary regarding production of plaintiff's trust records and cooperation as to same, in furtherance of avoiding having to proceed with filing of motion to compel to obtain requested records |
| 3/25/2014 | 0.26 | $42.90 | Anthony Arendt - Edit motion to compel bankruptcy trust records including research of past productions to use as evidence of waiving privilege and jurisdictional issues |
| 3/25/2014 | 0.04 | $1.60 | Anthony Arendt - Receive medical, employment and military records from providers and update plaintiff specific spreadsheet |
| 3/25/2014 | 0.07 | $2.80 | Anthony Arendt - Preparation of documents to forward to plaintiff's medical and non medical providers in furtherance of records collection |
| 3/26/2014 | 0.35 | $57.75 | Anthony Arendt - Finalize motion to compel records, worked with court on order to file regarding same and ongoing conversation with provider regarding records production details |
| 3/26/2014 | 0.06 | $9.60 | Anthony Arendt - Communicate with counsel for AWI Trust regarding production of requested records and work with trust counsel as to same, in furtherance of obtaining plaintiff's complete trust records on behalf of joint defense |

| | | | |
|---|---|---|---|
| 3/26/2014 | 0.01 | $0.40 | Anthony Arendt - Upload medical documentation received from provider to include plaintiff name and provider information in furtherance of medical records collection |
| 3/26/2014 | 0.02 | $0.80 | Anthony Arendt - Analyze plaintiff spreadsheet and authorization and draft correspondence and records statements to medical providers in furtherance of medical records collection |
| 3/27/2014 | 0.04 | $1.60 | Anthony Arendt - Draft correspondence to counsel for participating defendants regarding receipt of Bankruptcy records for plaintiff, in furtherance of bankruptcy records collection joint defense |
| 3/27/2014 | 0.04 | $1.60 | Anthony Arendt - Process medical records, in furtherance of generating CDs of plaintiffs' records collected for shipment to joint medical defense participants |
| 3/27/2014 | 0.08 | $3.20 | Anthony Arendt - Receive and analyze medical and non medical records and update plaintiff spreadsheet with information contained therein and facilitate to team in furtherance of processing new records |
| 3/27/2014 | 0.01 | $0.75 | Anthony Arendt - Review and process medical invoices from Marshfield Clinic regarding medical records on Anthony Arendt |
| 3/27/2014 | 0.03 | $1.20 | Anthony Arendt - Receive medical, employment and military records from providers and update plaintiff specific spreadsheet |
| 3/27/2014 | 0.01 | $0.75 | Anthony Arendt - Review and process medical invoices from Marshfield Clinic regarding x-rays films on Anthony Arendt |
| 3/27/2014 | 0.02 | $0.80 | Anthony Arendt - Analyze plaintiff spreadsheet and authorization and draft correspondence and records statements to medical providers in furtherance of medical records collection |

| | | | |
|---|---|---|---|
| 3/28/2014 | 0.05 | $2.00 | Anthony Arendt - Analyze incoming documents produced by bankruptcy trusts |
| 3/28/2014 | 0.06 | $9.60 | Anthony Arendt - Communicate with trust counsel and work with team to obtain responses to outstanding requests submitted to bankruptcy trusts for records and claim information pertaining to plaintiff, in furtherance of collecting same on behalf of joint defense |
| 3/28/2014 | 0.06 | $9.60 | Anthony Arendt - Communicate with counsel for AWI Trust regarding production of requested records and work with trust counsel as to same, in furtherance of obtaining plaintiff's complete trust records on behalf of joint defense |
| 3/28/2014 | 0.02 | $0.80 | Anthony Arendt - Receive and analyze medical and non medical records and update plaintiff spreadsheet with information contained therein and facilitate to team in furtherance of processing new records |
| 3/28/2014 | 0.03 | $1.20 | Anthony Arendt - Analyze received records and update plaintiff's file inventory and update plaintiff file with same |
| 3/28/2014 | 0.02 | $0.80 | Anthony Arendt - Upload medical documentation received from provider to include plaintiff name and provider information in furtherance of medical records collection |
| 3/31/2014 | 0.02 | $3.20 | Anthony Arendt - Communicate with trust counsel to obtain responses to outstanding requests submitted to bankruptcy trusts for records and claim information pertaining to plaintiff, in furtherance of collecting same on behalf of joint defense |
| 3/31/2014 | 0.02 | $0.80 | Anthony Arendt - Analyze received records and update plaintiff's file inventory and update plaintiff file with same |

| Date | Hours | Amount | Description |
|---|---|---|---|
| 4/1/2014 | 0.07 | $2.80 | Anthony Arendt - Continue to research and review paid medical records invoice statements and document same for tracking received and outstanding records in furtherance of medical records collection |
| 4/2/2014 | 0.01 | $0.90 | Anthony Arendt - Compile, organize, and prepare medical request correspondence, update plaintiff file with copy of same, and submit to providers and facilities |
| 4/3/2014 | 0.08 | $1.84 | Anthony Arendt MEDICAL - Iod Incorporated Obtaining the records of Anthony Arendt from St. Mary's Hospital (23.92/12) |
| 4/4/2014 | 0.03 | $1.20 | Anthony Arendt - Draft correspondence to counsel for participating defendants regarding receipt of medical and nonmedical records for plaintiff, in furtherance of medical records collection joint defense |
| 4/4/2014 | 0.03 | $1.20 | Anthony Arendt - Process medical records, in furtherance of generating CDs of plaintiffs' records collected for shipment to joint medical defense participants |
| 4/7/2014 | 0.03 | $1.20 | Anthony Arendt - Receive medical, employment and military records from providers and update plaintiff specific spreadsheet |
| 4/8/2014 | 0.02 | $0.80 | Anthony Arendt - Upload medical documentation received from provider to include plaintiff name and provider information in furtherance of medical records collection |
| 4/8/2014 | 0.02 | $0.80 | Anthony Arendt - Receive and analyze medical and non medical records and update plaintiff spreadsheet with information contained therein and facilitate to team in furtherance of processing new records |
| 4/10/2014 | 0.08 | $4.77 | Anthony Arendt MEDICAL - Marshfield Clinic Obtaining the records of Anthony J. Arendt (Ladysmith, WI location) (61.99/12) |

| | | | |
|---|---|---|---|
| 4/10/2014 | 0.08 | $0.77 | Anthony Arendt MEDICAL - Marshfield Clinic Obtaining the radiological records of Anthony Arendt (10.00/12) |
| 4/10/2014 | 0.03 | $1.20 | Anthony Arendt - Receive and analyze medical and non medical records and update plaintiff spreadsheet with information contained therein and facilitate to team in furtherance of processing new records |
| 4/10/2014 | 0.01 | $0.90 | Anthony Arendt - Compile, organize, and prepare medical request correspondence, update plaintiff file with copy of same, and submit to providers and facilities |
| 4/11/2014 | 0.03 | $1.20 | Anthony Arendt - Analyze received records and update plaintiff's file inventory and update plaintiff file with same |
| 4/15/2014 | 0.08 | $0.36 | Anthony Arendt COURT COSTS - PACER Service Center Electronic access to multiple courts' records for the period 01 January - 31 March 2014 re: A. Arendt (4.60/12) |
| 4/17/2014 | 0.03 | $1.20 | Anthony Arendt - Receive medical, employment and military records from providers and update plaintiff specific spreadsheet |
| 4/18/2014 | 0.01 | $0.40 | Anthony Arendt - Upload medical documentation received from provider to include plaintiff name and provider information in furtherance of medical records collection |
| 4/18/2014 | 0.05 | $2.00 | Anthony Arendt - Receive and analyze medical and non medical records and update plaintiff spreadsheet with information contained therein and facilitate to team in furtherance of processing new records |
| 4/21/2014 | 0.03 | $1.20 | Anthony Arendt - Analyze plaintiff spreadsheet and authorization and draft correspondence and records statements to medical providers in furtherance of medical records collection |

| | | | |
|---|---|---|---|
| 4/21/2014 | 0.02 | $3.20 | Anthony Arendt - Ongoing coordination of records collection joint defense, including defendant participation in same and monitoring of status of submitted requests and records received, in furtherance of the collection of plaintiff's records |
| 4/21/2014 | 0.22 | $8.80 | Anthony Arendt - Analyze updated records requests sent to medical providers and contact said providers in furtherance of acquisition of most recent medical records for plaintiff |
| 4/22/2014 | 0.02 | $0.80 | Anthony Arendt - Receive and analyze medical and non medical records and update plaintiff spreadsheet with information contained therein and facilitate to team in furtherance of processing new records |
| 4/23/2014 | 0.02 | $1.80 | Anthony Arendt - Compile, organize, and prepare medical request correspondence, update plaintiff file with copy of same, and submit to providers and facilities |
| 4/25/2014 | 0.03 | $1.20 | Anthony Arendt - Draft correspondence to counsel for participating defendants regarding receipt of medical and nonmedical records for plaintiff, in furtherance of medical records collection joint defense |
| 4/28/2014 | 0.04 | $1.60 | Anthony Arendt - Process medical records, in furtherance of generating CDs of plaintiffs' records collected for shipment to joint medical defense participants |
| 4/29/2014 | 0.52 | $20.80 | Anthony Arendt - Analyze updated records requests sent to medical providers and contact said providers in furtherance of acquisition of most recent medical records for plaintiff |
| 4/29/2014 | 0.05 | $2.00 | Anthony Arendt - Analyze plaintiff spreadsheet and authorization and draft correspondence and records statements to medical providers in furtherance of medical records collection |

| Date | Hours | Amount | Description |
|---|---|---|---|
| 4/30/2014 | 0.01 | $0.40 | Anthony Arendt - Analyze received records and update plaintiff's's file inventory and update plaintiff file with same |
| 4/30/2014 | 0.03 | $1.20 | Anthony Arendt - Receive medical, employment and military records from providers and update plaintiff specific spreadsheet |
| 4/30/2014 | 0.12 | $4.80 | Anthony Arendt - Analyze updated records requests sent to medical providers and contact said providers in furtherance of acquisition of most recent medical records for plaintiff |
| 4/30/2014 | 0.05 | $2.00 | Anthony Arendt - Analyze plaintiff spreadsheet and authorization and draft correspondence and records statements to medical providers in furtherance of medical records collection |
| 4/30/2014 | 0.01 | $0.75 | Anthony Arendt - Review and process medical invoices regarding medical records from Bellin Health System on Anthony Arendt |
| 5/1/2014 | 0.02 | $0.80 | Anthony Arendt - Upload medical documentation received from provider to include plaintiff name and provider information in furtherance of medical records collection |
| 5/1/2014 | 0.03 | $1.20 | Arendt, Anthony - Receive medical, employment and military records from providers and update plaintiff specific spreadsheet |
| 5/1/2014 | 0.32 | $12.80 | Anthony Arendt - Analyze updated records requests sent to medical providers and contact said providers i furtherance of acquisition of most recent medical records for plaintiff |
| 5/1/2014 | 0.04 | $6.60 | Anthony Arendt - Ongoing work with CVLO team regarding of collection of records and issues related to general responses from the social security administration, unions and employers |
| 5/2/2014 | 0.02 | $0.80 | Anthony Arendt - Upload medical documentation received from provider to include plaintiff name and provider information in furtherance of medical records collection |

| | | | |
|---|---|---|---|
| 5/5/2014 | 0.04 | $1.60 | Anthony Arendt - Receive and analyze medical and non medical records and update plaintiff's spreadsheet with information contained therein and facilitate to team in furtherance of processing new records |
| 5/5/2014 | 0.05 | $2.00 | Arendt, Anthony - Receive medical, employment and military records from providers and update plaintiff specific spreadsheet |
| 5/7/2014 | 0.03 | $1.20 | Anthony Arendt - Upload medical documentation received from provider to include plaintiff name and provider information in furtherance of medical records collection |
| 5/8/2014 | 0.1 | $4.00 | Anthony Arendt - Receive and analyze medical and non medical records and update plaintiff's spreadsheet with information contained therein and facilitate to team in furtherance of processing new records |
| 5/8/2014 | 0.03 | $1.20 | Anthony Arendt - Receive medical, employment and military records from providers and update plaintiff specific spreadsheet |
| 5/12/2014 | 0.01 | $0.40 | Anthony Arendt - Receive and analyze medical and non medical records and update plaintiff's spreadsheet with information contained therein and facilitate to team, in furtherance of processing new records |
| 5/12/2014 | 0.05 | $2.00 | Anthony Arendt - Analyze updated records requests sent to medical providers and contact said providers in furtherance of acquisition of most recent medical records for plaintiff |
| 5/13/2014 | 0.05 | $2.00 | Anthony Arendt - Receive and analyze medical and non medical records and update plaintiff's spreadsheet with information contained therein and facilitate to team, in furtherance of processing new records |

| | | | |
|---|---|---|---|
| 5/14/2014 | 0.03 | $1.20 | Anthony Arendt - Receive and analyze medical and non medical records and update plaintiff's spreadsheet with information contained therein and facilitate to team, in furtherance of processing new records |
| 5/14/2014 | 0.03 | $1.20 | Anthony Arendt - Receive medical, employment and military records from providers and update plaintiff specific spreadsheet |
| 5/15/2014 | 0.01 | $0.40 | Anthony Arendt - Upload medical documentation received from provider to include plaintiff name and provider information in furtherance of medical records collection |
| 5/15/2014 | 0.01 | $0.40 | Anthony Arendt - Receive and analyze medical and non medical records and update plaintiff's spreadsheet with information contained therein and facilitate to team, in furtherance of processing new records |
| 5/15/2014 | 0.01 | $0.75 | Anthony Arendt - Review and process medical invoices regarding medical records from Mayo Clinic on Anthony Arendt |
| 5/15/2014 | 0.01 | $0.75 | Anthony Arendt - Review and process medical invoices regarding medical records from Saint Vincent Hospital on Anthony Arendt |
| 5/16/2014 | 0.21 | $8.40 | Anthony Arendt - Analyze updated records requests sent to medical providers and contact said providers in furtherance of acquisition of most recent medical records for plaintiff |
| 5/19/2014 | 0.03 | $1.20 | Anthony Arendt - Draft correspondence to counsel for participating defendants regarding receipt of medical and nonmedical records for plaintiff, in furtherance of medical records collection joint defense |
| 5/19/2014 | 0.04 | $1.60 | Anthony Arendt - Analyze updated records requests sent to medical providers and contact said providers in furtherance of acquisition of most recent medical records for plaintiff |

| Date | Hours | Amount | Description |
|---|---|---|---|
| 5/20/2014 | 0.03 | $1.20 | Arendt, Anthony - Process medical records, in furtherance of generating CDs of plaintiffs' records collected for shipment to joint medical defense participants |
| 5/21/2014 | 0.18 | $7.20 | Anthony Arendt - Analyze updated records requests sent to medical providers and contact said providers in furtherance of acquisition of most recent medical records for plaintiff |
| 5/23/2014 | 0.1 | $14.39 | Anthony Arendt MEDICAL - Iod Incorporated Obtaining the records of Anthony Arendt from St. Vincent Hospital - WI (143.90/10) |
| 5/26/2014 | 0.1 | $6.26 | Anthony Arendt MEDICAL - Mayo Clinic Obtaining a CD of the radiology records of Anthony Arendt (62.54/10) |
| 5/29/2014 | 0.03 | $1.20 | Arendt, ANthony - Receive medical, employment and military records from providers and update plaintiff specific spreadsheet |
| 6/2/2014 | 0.17 | $6.80 | Anthony Arendt - Receive and analyze medical and non medical records and update plaintiff's spreadsheet with information contained therein and facilitate to team, in furtherance of processing new records |
| 6/2/2014 | 0.03 | $1.20 | Anthony Arendt - Receive medical, employment and military records from providers and update plaintiff specific spreadsheet |
| 6/2/2014 | 0.03 | $1.20 | Anthony Arendt - Analyze plaintiff spreadsheet and authorization and draft correspondence and records statements to identified medical providers in furtherance of medical records |
| 6/2/2014 | 0.01 | $0.90 | Anthony Arendt - Compile, organize, and prepare medical request correspondence, update plaintiff file with copy of same, and submit to providers and facilities |
| 6/3/2014 | 0.02 | $0.80 | Anthony Arendt - Upload medical documentation received from provider to include plaintiff name and provider information in furtherance of medical records collection |

| Date | Hours | Amount | Description |
|---|---|---|---|
| 6/3/2014 | 0.01 | $0.40 | Anthony Arendt - Upload medical documentation received from provider to include plaintiff name and provider information in furtherance of medical records collection |
| 6/4/2014 | 0.02 | $0.80 | Anthony Arendt - Receive and analyze medical and non medical records and update plaintiff's spreadsheet with information contained therein and facilitate to team, in furtherance of processing new records |
| 6/6/2014 | 0.01 | $0.75 | Anthony Arendt - Review and process medical invoices regarding medical records from University Hospital of Wisconsin on Anthony Arendt |
| 6/9/2014 | 0.03 | $1.20 | Anthony Arendt - Receive medical, employment and military records from providers and update plaintiff specific spreadsheet |
| 6/10/2014 | 0.01 | $0.40 | Anthony Arendt - Upload medical documentation received from provider to include plaintiff name and provider information in furtherance of medical records collection |
| 6/11/2014 | 0.07 | $2.80 | Anthony Arendt - Receive and analyze medical and non medical records and update plaintiff's spreadsheet with information contained therein and facilitate to team, in furtherance of processing new records |
| 6/12/2014 | 0.1 | $4.48 | Anthony Arendt MEDICAL - Iod Incorporated Obtaining the records of Anthony Arendt from University of Wisconsin Hospital and Clinics (44.73/10) |
| 6/13/2014 | 0.04 | $1.60 | Anthony Arendt - Receive and analyze medical and non medical records and update plaintiff's spreadsheet with information contained therein and facilitate to team, in furtherance of processing new records |
| 6/16/2014 | 0.03 | $1.20 | Anthony Arendt - Process medical records, in furtherance of generating CDs of plaintiffs' records collected for shipment to joint medical defense participants |

| Date | Hours | Amount | Description |
|---|---|---|---|
| 6/17/2014 | 0.01 | $0.75 | Anthony Arendt - Review and process medical invoices regarding records from Bornemann Nursing Homes on Anthony Arendt |
| 6/18/2014 | 0.03 | $1.20 | Anthony Arendt - Draft correspondence to counsel for participating defendants regarding receipt of medical and nonmedical records for plaintiff, in furtherance of medical records collection joint defense |
| 6/18/2014 | 0.04 | $1.60 | Anthony Arendt - Draft and send correspondence to plaintiff's counsel notifying same of receipt of plaintiff's medical records, radiology, or pathology pursuant to records collection protocol order |
| 6/19/2014 | 0.06 | $2.40 | Anthony Arendt - Work with plaintiff's medical provider regarding request for medical billing records and update plaintiff's spreadsheet with information ascertained, in furtherance of receiving and processing new records |
| 6/19/2014 | 0.04 | $1.60 | Anthony Arendt - Upload medical documentation received from provider to include plaintiff name and provider information in furtherance of medical records collection |
| 6/19/2014 | 0.05 | $2.00 | Anthony Arendt - Receive medical, employment and military records from providers and update plaintiff specific spreadsheet |
| 6/20/2014 | 0.13 | $5.20 | Anthony Arendt - Receive and analyze medical and non medical records and update plaintiff's spreadsheet with information contained therein and facilitate to team, in furtherance of processing new records |
| 6/25/2014 | 0.1 | $23.18 | Anthony Arendt MEDICAL - Bornemann Nursing Homes, Inc. Obtaining the records Anthony Arendt (231.75/10) |

| Date | Hours | Amount | Description |
|---|---|---|---|
| 7/3/2014 | 0.08 | $13.20 | Anthony Arendt - Work with Rachel Roberts and Kristy Rhodes on pending case collection and additional correspondence to be sent to providers who have failed to respond to requests or who have objected to responding |
| 7/7/2014 | 0.03 | $1.20 | Anthony Arendt - Draft correspondence to counsel for participating defendants regarding receipt of medical and nonmedical records for plaintiff, in furtherance of medical records collection joint defense |
| 7/7/2014 | 0.03 | $1.20 | Anthony Arendt - Process medical records, in furtherance of generating CDs of plaintiffs' records collected for shipment to joint medical defense participants |
| 7/17/2014 | 0.01 | $0.40 | Anthony Arendt - Upload medical documentation received from provider to include plaintiff name and provider information in furtherance of medical records collection |
| 9/2/2014 | 0.16 | $6.40 | Anthony Arendt - Continue working with records collection team and defense counsel for multiple defendants regarding participation in records collection joint defense, pending cases, and dismissals and update project spreadsheets as to same, in furtherance of ongoing coordination of records collection in CVLO cases |
| 9/9/2014 | 0.18 | $7.20 | Anthony Arendt - Analyze submitted requests for plaintiff's medical and non medical records to date and responses thereto, in furtherance of ascertaining follow-up requests needed |
| 9/9/2014 | 0.18 | $7.20 | Anthony Arendt - Analyze plaintiff spreadsheet and authorization and draft correspondence and records statements to identified medical providers in furtherance of medical records collection |

| Date | Hours | Amount | Description |
|---|---|---|---|
| 9/10/2014 | 0.28 | $11.20 | Anthony Arendt - Preparation of documents to forward to plaintiff's medical and non medical providers, in furtherance of new records collection |
| 9/17/2014 | 0.1 | $4.00 | Anthony Arendt - Receive medical, employment and military records from providers and update plaintiff specific spreadsheet |
| 9/18/2014 | 0.1 | $4.00 | Anthony Arendt - Work with plaintiff's medical provider regarding request for new medical records and document information ascertained on plaintiff's spreadsheet, in furtherance of receiving new medical records |
| 9/19/2014 | 0.07 | $2.80 | Anthony Arendt - Receive and analyze new medical and non medical records and update plaintiff's spreadsheet with information contained therein and facilitate to team, in furtherance of receiving new records |
| 9/22/2014 | 0.07 | $11.20 | Anthony Arendt - Ongoing coordination of records collection joint defense, including defendant participation in same and monitoring of status of submitted requests and records received, in furtherance of the collection of plaintiff's records |
| 9/22/2014 | 0.14 | $5.60 | Anthony Arendt - Receive and analyze new medical and non medical records and update plaintiff's spreadsheet with information contained therein and facilitate to team, in furtherance of receiving new records |
| 9/22/2014 | 0.07 | $2.80 | Anthony Arendt - Preparation of documents to forward to plaintiff's medical and non medical providers, in furtherance of new records collection |
| 9/23/2014 | 0.04 | $1.60 | Anthony Arendt - Analyze plaintiff spreadsheet and authorization and draft correspondence and records statements to identified medical providers in furtherance of medical records collection |
| 9/24/2014 | 0.1 | $4.00 | Arendt, Anthony - Receive medical, employment and military records from providers and update plaintiff specific spreadsheet |

| | | | |
|---|---|---|---|
| 9/24/2014 | 0.04 | $3.00 | Anthony Arendt - Review and process medical invoices regarding medical records from Saint Vincent Hospital on Anthony Arendt |
| 9/24/2014 | 0.04 | $3.00 | Anthony Arendt - Review and process medical invoices regarding medical records from Bellin Health System on Anthony Arendt |
| 9/25/2014 | 0.1 | $4.00 | Arendt, Anthony - Receive medical, employment and military records from providers and update plaintiff specific spreadsheet |
| 9/26/2014 | 0.07 | $2.80 | Anthony Arendt - Receive and analyze new medical and non medical records and update plaintiff's spreadsheet with information contained therein and facilitate to team, in furtherance of new records collection |
| 9/29/2014 | 0.07 | $2.80 | Anthony Arendt - Receive and analyze new medical and non medical records and update plaintiff's spreadsheet with information contained therein and facilitate to team, in furtherance of new records collection |
| 9/29/2014 | 0.2 | $8.00 | Anthony Arendt - Work with plaintiff's medical providers regarding requests for medical records and update plaintiff's spreadsheet with information ascertained in furtherance of receiving new medical records |
| 9/29/2014 | 0.2 | $8.00 | Anthony Arendt - Process medical records, in furtherance of generating CDs of plaintiffs' records collected for shipment to joint medical defense participants |
| 9/29/2014 | 0.04 | $3.00 | Anthony Arendt - Review and process medical invoices regarding medical records from Aurora Medical Group West Mason on Anthony Arendt |
| 9/30/2014 | 0.1 | $4.00 | Anthony Arendt - Receive medical, employment and military records from providers and update plaintiff specific spreadsheet |

| | | | |
|---|---|---|---|
| 9/30/2014 | 0.07 | $2.80 | Anthony Arendt - Analyze plaintiff spreadsheet and authorization and draft correspondence and records statements to identified medical providers in furtherance of medical records collection |
| 9/30/2014 | 0.2 | $15.00 | Anthony Arendt - Verification and documentation of x-rays films from Saint Vincent Hospital on Anthony Arendt |
| 9/30/2014 | 0.14 | $5.60 | Anthony Arendt - Preparation of documents to forward to plaintiff's medical and non medical providers, in furtherance of new records collection |
| 10/1/2014 | 0.1 | $4.00 | Anthony Arendt - Receive and analyze new medical and non medical records and update plaintiff's spreadsheet with information contained therein and facilitate to team, in furtherance of new records collection |
| 10/2/2014 | 0.1 | $4.00 | Anthony Arendt - Receive medical, employment and military records from providers and update plaintiff specific spreadsheet |
| 10/3/2014 | 0.1 | $4.00 | Anthony Arendt - Receive and analyze new medical and non medical records and update plaintiff's spreadsheet with information contained therein and facilitate to team, in furtherance of new records collection |
| 10/10/2014 | 0.33 | $18.26 | Anthony Arendt MEDICAL - Iod Incorporated Obtaining the records of Anthony Arendt from St. Vincent Hospital - WI (54.78/3) |
| 10/13/2014 | 0.33 | $13.52 | Anthony Arendt MEDICAL - Iod Incorporated Obtaining the records of Anthony Arendt from Aurora Medical Group West Mason (40.55/3) |
| 10/13/2014 | 0.14 | $5.60 | Anthony Arendt - Receive and analyze new medical and non medical records and update plaintiff's spreadsheet with information contained therein and facilitate to team, in furtherance of new records collection |

| | | | |
|---|---|---|---|
| 10/14/2014 | 0.14 | $5.60 | Anthony Arendt - Preparation of documents to forward to plaintiff's medical and non medical providers and update plaintiff's spreadsheet and folders regarding same, in furtherance of new records collection |
| 10/15/2014 | 0.33 | $31.16 | Anthony Arendt MEDICAL - Bellin Health System Obtaining the records of Anthony Arendt (93.46/3) |
| 10/27/2014 | 0.2 | $8.00 | Anthony Arendt - Process medical records, in furtherance of generating CDs of plaintiffs' records collected for shipment to joint medical defense participants |
| 10/27/2014 | 0.14 | $23.10 | Anthony Arendt - Ongoing work with team on records collection from social security administration and various records providers |
| 11/3/2014 | 0.04 | $3.00 | Anthony Arendt - Review and process medical invoices regarding medical records from Saint Vincent Hospital on Anthony Arendt |
| 11/3/2014 | 0.27 | $10.80 | Anthony Arendt - Preparation of documents to forward to plaintiff's medical and non medical providers and update plaintiff's spreadsheet and folders with same, in furtherance of new records collection |
| 11/4/2014 | 0.4 | $16.00 | Anthony Arendt - Continue working with records collection team and defense counsel for multiple defendants regarding participation in records collection joint defense, pending cases, and dismissals and update project spreadsheets as to same, in furtherance of ongoing coordination of records collection in CVLO cases |
| 11/4/2014 | 0.57 | $22.80 | Anthony Arendt - Receive and analyze new medical and non medical records and update plaintiff's spreadsheet with information contained therein and facilitate to team, in furtherance of new records collection |

| Date | Hours | Amount | Description |
|---|---|---|---|
| 11/11/2014 | 0.1 | $4.00 | Anthony Arendt - Receive medical, employment and military records from providers and update plaintiff specific spreadsheet |
| 11/13/2014 | 0.3 | $12.00 | Anthony Arendt - Receive and analyze new medical records and update plaintiff's spreadsheet with information contained therein and facilitate to team, in furtherance of new medical records collection |
| 11/18/2014 | 0.2 | $8.00 | Anthony Arendt - Process medical records, in furtherance of generating CDs of plaintiffs' records collected for shipment to joint medical defense participants |
| 11/20/2014 | 0.44 | $17.60 | Anthony Arendt - Analyze received records and update plaintiff's file inventory and update plaintiff file with same |
| 11/20/2014 | 0.33 | $41.72 | Anthony Arendt MEDICAL - Iod Incorporated Obtaining the records of Anthony Arendt from St. Vincent Hospital - WI (125.16/3) |
| 12/1/2014 | 0.34 | $13.60 | Anthony Arendt - Continue working with records collection team and defense counsel for multiple defendants regarding participation in records collection joint defense, pending cases, and dismissals and update project spreadsheets as to same, in furtherance of ongoing coordination of records collection in CVLO cases |
| 12/22/2014 | 0.24 | $9.60 | Anthony Arendt - Analyze submitted requests for plaintiff's medical and non medical records to date and responses thereto, in furtherance of ascertaining follow-up requests needed |
| 12/30/2014 | 0.07 | $2.80 | Anthony Arendt - Analyze received records and update plaintiff's file inventory and update plaintiff's file with same |

| Date | Hours | Amount | Description |
|---|---|---|---|
| 2/5/2015 | 0.4 | $16.00 | Anthony Arendt - Continue working with records collection team and defense counsel for multiple defendants regarding participation in records collection joint defense, pending cases, and dismissals and update project spreadsheets as to same, in furtherance of ongoing coordination of records collection in CVLO cases |
| 2/12/2015 | 0.2 | $8.00 | Anthony Arendt - Work with plaintiff's medical provider regarding requests for medical records and pathology and update plaintiff's spreadsheet with information ascertained, in furtherance of receiving new medical records |
| 2/13/2015 | 0.04 | $1.60 | Anthony Arendt - Upload medical documentation received from provider to include plaintiff name and provider information in furtherance of medical records collection |
| 2/13/2015 | 0.07 | $2.80 | Anthony Arendt - Receive and analyze new medical and non medical records and update plaintiff's spreadsheet with information contained therein and facilitate to team, in furtherance of new medical records collection |
| 2/13/2015 | 0.07 | $2.80 | Anthony Arendt - Analyze received records and update plaintiff's records inventory and update plaintiff's file with same |
| 2/17/2015 | 0.2 | $8.00 | Anthony Arendt - Process medical records, in furtherance of generating CDs of plaintiffs' records collected for shipment to joint medical defense participants |
| 2/27/2015 | 0.14 | $5.60 | Anthony Arendt - Analyze collections efforts to date in furtherance of ascertaining any outstanding requests and further attempts to collect from same |
| TOTAL | 24.11 | $1,665.64 | |