# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

**Green Bay Division**

Jefferson Court Building
125 South Jefferson Street, Room 102
Green Bay, WI 54301-4541

JON W. SANFILIPPO
CLERK

TEL: 920-884-3720
FAX: 920-884-3724
www.wied.uscourts.gov

June 16, 2015

Robert G. McCoy
MIchael P. Cascino
Cascino Vaughan law Offices Ltd.
220 S. Ashland Ave.
Chicago, IL 60607

Brian Watson
Schiff Hardin LLP
233 S. Wacker Drive Ste. 6600
Chicago, IL 60606 6473

Re: **Georgia Arendt v. Owens-Illinois, Inc.**
**Case No. 13-C-727**

Dear Counsel:

Today, I received the defendant's proposed Bill of Costs in the above case. In order to dispose of this matter without a hearing, I am asking plaintiff to advise me in writing on or before **June 30, 2015** whether there are objections to any of the costs.

If there are no objections to the proposed costs, plaintiff should promptly notify the court in writing, with a copy to opposing counsel.

If plaintiff does file an objection, it should be accompanied by a brief memorandum. Defendant will have until **July 7, 2015** to file a response and any reply by plaintiff should be filed on or before **July 14, 2015**. The matter will then be decided on the written memoranda. Thank you for your cooperation.

Very truly yours,

JON W. SANFILIPPO
Clerk of Court

s/Cheryl A. Veazie
Deputy Clerk